UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| G.W. DELANEY, | ) | |
| | ) | |
|     Plaintiff, | ) | Case No. 3:06-0065 |
| | ) | Judge Trauger |
| v. | ) | |
| | ) | |
| JOHN E. POTTER, USPS POSTMASTER | ) | |
| GENERAL, UNITED STATES POSTAL | ) | |
| SERVICE, and, in their official and individual | ) | |
| capacities, RON GLEASON, FRED | ) | |
| PETERSON, LISA MCDONAUGH, and | ) | |
| MIKE BUCHANAN | ) | |
| | ) | |
|     Defendants. | ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment (Docket No. 5) filed by the defendants, will be **GRANTED**, and the plaintiff's request for leave to amend, made in his response brief (Docket No. 10), will be **DENIED**. This case is **DISMISSED**.

It is so ordered.

Enter this 24th day of August 2006.

                              ALETA A. TRAUGER
                              United States District Judge